**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email:  cnicholas@nicholaslaw.org
Email:  atomasevic@nicholaslaw.org

**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Georg M. Capielo (SBN 245491)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, California 91942
Telephone: (619) 234-9000
Facsimile: (619) 750-0413
Email: jackbwinters@earthlink.com
Email: gcapielo@einsurelaw.com
Email: sball@einsurelaw.com

Attorneys for Plaintiff
BEVERLY ALLEN, and on Behalf of the Class

**MAYNARD, COOPER & GALE, LLP**
Nicholas J. Boos (SBN 233399)
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile:  (205) 254-1999
Email:  nboos@maynardcooper.com

Attorneys for Defendants
PROTECTIVE LIFE INSURANCE COMPANY and
EMPIRE GENERAL LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEVERLY ALLEN, Individually and on Behalf of the Class, | ) ) ) |
| Plaintiff, | ) CASE NO.  1:20-cv-00530-NONE-JLT ) |
| vs. | ) **JOINT STIPULATION EXTENDING** ) **TIME FOR DEFENDANTS TO RESPOND** ) **TO COMPLAINT; [~~PROPOSED~~] ORDER** |
| PROTECTIVE LIFE INSURANCE COMPANY and EMPIRE GENERAL LIFE INSURANCE COMPANY, | ) (Doc. 8) ) ) |
| Defendants. | ) |

05389009.1                                   1

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO**
**RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER**

1   Plaintiff BEVERLY ALLEN ("Plaintiff") and Defendants PROTECTIVE LIFE INSURANCE

2   COMPANY and EMPIRE GENERAL LIFE INSURANCE COMPANY (collectively, the

3   "Defendants"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6 and L.R. 144(a),

4   respectfully submit this stipulation and proposed order to extend the time for Defendants to answer or

5   otherwise respond to Plaintiff's Complaint as follows:

6   WHEREAS, Plaintiff filed her Complaint against Defendants on April 13, 2020 (Doc. 1);

7   WHEREAS, Defendants were served with the Summons and Complaint on April 16, 2020;

8   WHEREAS, Defendants' response to the Complaint is presently due on or before May 7, 2020;

9   WHEREAS, Plaintiff has agreed to provide Defendants with an additional forty-five (45) day

10   period within which to answer or otherwise respond to the Complaint, making Defendants' response

11   now due on or before June 22, 2020;

12   WHEREAS, good cause exists for this extension as Defendants' counsel has just been assigned

13   to this case, the current COVID-19 pandemic has caused a delay in access to information necessary for

14   Defendants' counsel to evaluate the individual and class allegations asserted in the Complaint, and

15   Defendants' counsel therefore requires additional time to become knowledgeable about the Complaint's

16   allegations in order to prepare an initial responsive pleading;

17   WHEREAS, this is the first extension of time requested by Defendants, and Defendants have

18   not previously received any extension to respond to the Complaint;

19   WHEREAS, the parties have also agreed that they shall hold the conference pursuant to

20   Federal Rule of Civil Procedure 26(f) on or before July 6, 2020, and that the parties' conference shall

21   take place telephonically.

22   WHEREAS, the filing of this Joint Stipulation does not constitute a waiver of any defenses that

23   Defendants may have, including, but not limited to, the defenses of lack of personal jurisdiction, lack

24   of subject matter jurisdiction, and improper venue;

25   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

26   and Defendants, through their respective counsel, that Defendants shall have to and including June 22,

27   2020, to answer or otherwise respond to Plaintiff's Complaint.  Pursuant to L.R. 137 and L.R. 144(a), a

28   proposed order approving this extension is contained within this Joint Stipulation.

05389009.1                                     2

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER**

1  DATED:  May 4, 2020                          NICHOLAS & TOMASEVIC, LLP

2

3                                               By: */s/ Craig M. Nicholas (w/ permission)*
                                                    CRAIG M. NICHOLAS
4                                                   ALEX TOMASEVIC

5                                                   Attorneys for Plaintiff BEVERLY ALLEN

6

7  DATED: May 4, 2020                           MAYNARD, COOPER & GALE, LLP

8                                               By: */s/ Nicholas J. Boos*
                                                    NICHOLAS J. BOOS
9
                                                    Attorneys for Defendants PROTECTIVE LIFE
10                                                  INSURANCE COMPANY and EMPIRE
                                                    GENERAL LIFE INSURANCE COMPANY
11

12

13                                              **ORDER**

14

15        Based upon the stipulation of the parties, the Court **ORDERS** the defendants to respond to the

16  complaint no later than June 22, 2020.

17

18  IT IS SO ORDERED.

19  Dated:  **May 4, 2020**                           **/s/ Jennifer L. Thurston**
20                                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

05389009.1                            3
**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER**