**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Georg M. Capielo (SBN 245491)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, California 91942
Tel: (619) 234-9000; Fax: (619) 750-0413
Email: jackbwinters@earthlink.net
Email: gcapielo@einsurelaw.com
Email: sball@einsurelaw.com

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Fl.
San Diego, CA 92101
Tel: (619) 325-0492; Fax: (619) 325-0496
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org

Attorneys for Plaintiff BEVERLY ALLEN,
Individually, and on Behalf of the Class

**MAYNARD, COOPER & GALE, LLP**
Nicholas J. Boos (SBN 233399)
600 Montgomery St., Ste. 2600
San Francisco, CA 94111
Tel: (415) 646-4700; Fax: (205) 254-1999
nboos@maynardcooper.com

Attorneys for Defendants
PROTECTIVE LIFE INSURANCE COMPANY and
EMPIRE GENERAL LIFE ASSURANCE CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEVERLY ALLEN, Individually, and on Behalf of the Class,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, a Tennessee Corporation; EMPIRE GENERAL LIFE INSURANCE COMPANY, an Alabama Corporation,<br><br>　　　　　　　Defendants. | No.: 1:20-cv-0053-NONE-JLT<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE RE DEFENDANTS' MOTIONS; AND ORDER** |

Plaintiff BEVERLY ALLEN, Individually, and on Behalf of the Class ("Plaintiff") and Defendants PROTECTIVE LIFE INSURANCE COMPANY and EMPIRE GENERAL LIFE ASSURANCE CORPORATION[1] (collectively, "Defendants"), by and through undersigned counsel, hereby stipulate as follows, subject to the approval of the Court:

WHEREAS, on June 22, 2020, Defendants filed a Motion to Dismiss (ECF 12). The hearing date for this motion is currently set for August 4, 2020. Plaintiff intends to oppose Defendants' Motion to Dismiss.

WHEREAS, on June 22, 2020, Defendants filed a Motion to Stay Discovery (ECF 13). The hearing date for this motion is currently set for August 4, 2020. Per L.R. 251, the parties are required to participate in and file a Joint Statement re: Discovery Disagreement at least seven days prior to the hearing.

WHEREAS, the parties have met and conferred and are familiar with the legal and factual issues in this case and asserted in the Motion to Dismiss and Motion to Stay. Both parties agree that in light of this week's government orders regarding the Covid 19 pandemic, that extensions of time to oppose and reply to the Motion to Dismiss and to prepare a Joint Statement re: Discovery Disagreement are necessary and reasonable, and that ultimately the Court would also benefit from more time to brief the issues presented by the motions.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between Plaintiff and Defendants, through their respective counsel, to the following briefing and hearing schedule for the Motion to Dismiss and the Motion to Stay Discovery:

1. Plaintiffs will have until August 11, 2020, to file her opposition in response to Defendants' Motion to Dismiss;

2. Defendants' reply to Plaintiff's opposition shall be due on or before August 25, 2020;

---

[1] Defendants contend that Empire General Life Assurance Corporation is incorrectly identified in the Complaint as Empire General Life Insurance Company.

3. The current August 4, 2020, hearing date for Defendants' Motion to Dismiss will be continued to September 1, 2020, or on a date convenient for the Court;

4. The current August 4, 2020, hearing date for Defendants' Motion to Stay Discovery will be continued to September 1, 2020, or on a date convenient for the Court, and the Joint Statement re: Discovery Disagreement will be filed accordingly on or before August 25, 2020; and

5. The parties further agree that this case is in its early stages and that no party is prejudiced by the proposed stipulated schedule.

**IT IS SO STIPULATED:**

DATED:  July 16, 2020         WINTERS & ASSOCIATES

                               /s/Jack B. Winters, Jr.
                              Attorneys for Plaintiff BEVERLY
                              ALLEN, Individually, and on Behalf
                              of the Class
                              Email:  jackbwinters@earthlink.net

                              NICHOLAS & TOMASEVIC, LLP
                              Craig M. Nicholas (SBN 178444)
                              Alex Tomasevic (SBN 245598)
                              cnicholas@nicholaslaw.org
                              atomasevic@nicholaslaw.org

                              Attorneys for Plaintiff BEVERLY
                              ALLEN, Individually, and on Behalf
                              of the Class

DATED: July 16, 2020          MAYNARD, COOPER & GALE, LLP

                               /s/Nicholas J. Boos
                              Attorneys for Defendants
                              PROTECTIVE LIFE INSURANCE
                              COMPANY and EMPIRE GENERAL
                              LIFE ASSURANCE CORPORATION

## **ORDER**

In accordance with the parties' joint stipulation:

1. The current August 4, 2020, hearing date for Defendants' Motion to Dismiss (Doc. No. 12) will be continued to **September 1, 2020**, although the parties are reminded that pursuant to the Standing Order Re Judicial Emergency issued April 14, 2020, (Doc. No. 3-3), the matter will be taken under submission on the papers pursuant to Local Rule 230(g) and the hearing date serves only to set the deadlines for the filing of any oppositions or replies.

2. The current August 4, 2020, hearing date for Defendants' Motion to Stay Discovery (Doc. No. 13) will be continued to **September 1, 2020**; and the Joint Statement re: Discovery Disagreement will be filed accordingly on or before August 25, 2020; and

IT IS SO ORDERED.

Dated:   **July 17, 2020**                                             *Dale A. Drozd*
                                                                            UNITED STATES DISTRICT JUDGE