# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALLEN, Individually, and on Behalf of the Class,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, a Tennessee Corporation; EMPIRE GENERAL LIFE INSURANCE COMPANY, an Alabama Corporation,<br><br>　　　　　　　　　Defendants. | Case No.: 1:20-cv-00530-NONE-JLT<br><br>**ORDER GRANTING IN PART STIPULATION TO CONTINUE SCHEDULING CONFERENCE (Doc. 53)** |

The parties have stipulated (Doc. 53) to continue the scheduling conference to the date of the hearing on the plaintiff's motion to lift the stay (Doc. 52). The defendants' report that they intend to oppose the motion but have not done so despite that the opposition was due on November 19, 2021. (L.R. 230(c).) In addition, there is no showing the parties have met and conferred, as required in advance of a scheduling order. Thus, the Court **ORDERS**:

　　1.　　The stipulation to continue the scheduling order is **GRANTED in PART**. The scheduling conference, set on November 29, 2021 is **VACATED**. The parties **SHALL** file a joint scheduling report, **no later than December 3, 2021**. The Court will set a hearing if, after review of the joint report, it is necessary.

///

Therefore, the parties are cautioned that their joint report must be complete, because the Court may not hold a hearing before issuing a scheduling order.

IT IS SO ORDERED.

Dated:   **November 22, 2021**               _____ **/s/ Jennifer L. Thurston**
                                              CHIEF UNITED STATES MAGISTRATE JUDGE