1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALLEN, individually, and on behalf of the class, | Case No.: 1:20-cv-00530-NONE-JLT |
| Plaintiff, | SCHEDULING ORDER (Fed. R. Civ. P. 16) |
| v. | Discovery Deadlines:<br>    Non-Expert (Class Issues):  9/29/2023<br>    Mid-Discovery Status Conference:<br>    4/28/2022 at 8:30 a.m. |
| PROTECTIVE LIFE INSURANCE COMPANY, a Tennessee Corporation, et al., | |
| Defendants. | Class Certification Motion Deadlines[1]:<br>    Filing:  4/7/2023<br>    Opposition:  6/9/2023<br>    Reply brief:  7/11/2023<br>    Hearing:  8/17/2023 at 10:00 a.m. |

## I.   Discovery Plan and Cut-Off Date

Discovery is now open for all non-expert discovery pertaining to the class certification motion and to the merits, to the extent it overlaps with the class issues.  All non-expert discovery related to the motion for class certification **SHALL** be completed no later than **September 29, 2023**.  Both sides may conduct discovery as to the evidence relied upon in support of the motion and in opposition to the motion for class certification.

---

[1] The Court will set a further scheduling conference after the motion for class certification is determined.

The Court sets a mid-discovery status conference on **April 28, 2022**, at 8:30 a.m. at 510 19th Street, Bakersfield, California. Counsel **SHALL** file a Joint Mid-Discovery Status Conference Report one week prior to the conference, and shall also lodge it via e-mail, in Word format, to JLTorders@caed.uscourts.gov. The joint statement **SHALL** outline the status of the matter, including all discovery that has been completed as well as any impediments to completing the discovery within the deadlines set forth in this order. **Counsel SHALL discuss settlement and certify that they have done so.** Counsel may appear via teleconference by dialing (888) 557-8511 and entering Access Code 1652736, provided the Magistrate Judge's Courtroom Deputy Clerk receives a written notice of the intent to appear telephonically no later than five court days before the noticed hearing date.

## II.        Pre-Trial Motion Schedule

Non-dispositive motions are heard before the Honorable Jennifer L. Thurston, United States Magistrate Judge, at the United States Courthouse in Bakersfield, California. For these hearings, counsel may appear via teleconference by dialing (888) 557-8511 and entering Access Code 1652736, provided the Magistrate Judge's Courtroom Deputy Clerk receives a written notice of the intent to appear telephonically no later than five court days before the noticed hearing date.

**No motion to amend or stipulation to amend the case schedule will be entertained unless it is filed at least one week before the first deadline the parties wish to extend.** Likewise, no written discovery motions shall be filed without the prior approval of the assigned Magistrate Judge. A party with a discovery dispute must first confer with the opposing party in a good faith effort to resolve by agreement the issues in dispute. If that good faith effort is unsuccessful, the moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge. It shall be the obligation of the moving party to arrange and originate the conference call to the court. To schedule this telephonic hearing, the parties are ordered to contact the Courtroom Deputy Clerk, Susan Hall, at (661) 326-6620 or via email at SHall@caed.uscourts.gov. At least three days before the conference, counsel SHALL file informal letter briefs detailing their positions. The briefs may not exceed 7 pages, excluding exhibits. **Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from**

**the Court's calendar.**

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 144(e).  However, if counsel does not obtain an order shortening time, the notice of motion *must* comply with Local Rule 251.

**III.     Motions for Summary Judgment or Summary Adjudication**

**At least 21 days before** filing a motion for summary judgment or motion for summary adjudication, the parties are **ORDERED** to meet, in person or by telephone, to confer about the issues to be raised in the motion.

The purpose of the meeting shall be to: 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of settlement before the parties incur the expense of briefing a motion; and 6) to develop a joint statement of undisputed facts.

The moving party **SHALL** initiate the meeting and **SHALL** provide a complete, proposed statement of undisputed facts **at least five days before** the conference.  The finalized joint statement of undisputed facts **SHALL** include all facts that the parties agree, for purposes of the motion, may be deemed true.  In addition to the requirements of Local Rule 260, the moving party shall file the joint statement of undisputed facts.

In the notice of motion the moving party **SHALL** certify that the parties have met and conferred as ordered above, or set forth a statement of good cause for the failure to meet and confer.  **Failure to comply may result in the motion being stricken.**

**IV.     Motion for class certification**

The motion for class certification **SHALL** be filed no later than **April 7, 2023**.  Opposition to the motion **SHALL** be filed no later than **June 9, 2023**.  During the interval between the filing of the motion and the deadline for the opposition, the Defendant may conduct discovery as to the evidence relied upon by Plaintiff for the motion for class certification.

Neither the motion nor the opposition **SHALL** exceed 30 pages, exclusive of evidence and evidentiary objections, unless leave is granted by the Court prior to the filing.  Any reply **SHALL** be

3

filed no later than **July 11, 2023**, and shall not exceed 15 pages, exclusive of evidentiary objections. During the interval between the filing of the opposition and the deadline for the reply, the Plaintiff may conduct discovery as to the evidence relied upon by Defendant for the opposition to the motion for class certification.

Any objections to the evidence **SHALL** be filed at the same time as the opposition (for Defendant) and the reply (for Plaintiff).[2]  A hard-copy, courtesy copy of all filings related to the class motion **SHALL** be sent via overnight mail to the Chambers of Judge Thurston at the same time the filing is submitted.  All of the pages of evidence in the hard copy **SHALL** be numbered, tabbed and indexed.

The hearing on the motion for class certification is set for **August 17, 2023** at 10:00 a.m.

**V.**    **Settlement Conference**

If the parties believe the matter is in a settlement posture, the parties may submit a joint written request for a settlement conference, at which time a conference will be set with the Court.

**VI.**    **Compliance with Federal Procedure**

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

**VII.**    **Effect of this Order**

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this order are firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.  Stipulations extending the deadlines**

---

[2] No motions to strike evidence will be entertained.  If the Court sustains an objection to a piece of evidence, the evidence will not be considered.

**contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   __November 23, 2021__                    _____ /s/ Jennifer L. Thurston__
                                                                 CHIEF UNITED STATES MAGISTRATE JUDGE