**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEVERLY ALLEN, individually, and on behalf of the class,<br><br>           Plaintiff,<br><br>     v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, a Tennessee Corporation, et al.,<br><br>           Defendants. | Case No.: 1:20-cv-00530-NONE-JLT<br><br>ORDER REGARDING NOTICE OF WITHDRAWAL OF MOTION TO LIFT STAY OF DISCOVERY |

On December 7, 2021, Plaintiff filed a notice of withdrawal of the motion to lift the stay of discovery. (Doc. 59.) Plaintiff asserts that "[t]he basis for the withdrawal is that the Court has already lifted the stay in its Scheduling Order which makes moot Plaintiff's motion." (Id. at 2.) Plaintiff also notes that Defendants filed an opposition, and in the event the Court finds reason to not consider Plaintiff's withdrawal of the motion and decides to consider the opposition, then Plaintiff requests an opportunity to file a reply. (Id.) Because the Court is taking into consideration the filed opposition, the Court **GRANTS** Plaintiff **seven days** from the date of service of this order to file a reply, if any.

IT IS SO ORDERED.

   Dated:   **December 9, 2021**              _ **/s/ Jennifer L. Thurston**
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE