# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALLEN.,<br><br>        Plaintiff,<br><br>    v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, *et al*.<br><br>        Defendants. | Case No. 1:20-cv-00530-JLT-CDB<br><br>ORDER GRANTING XERIS E. GREGORY'S *PRO HAC VICE* APPLICATION<br><br>(Doc. 87) |

The Court has read and considered the application of Xeris E. Gregory attorney for Protective Life Insurance Company for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (Doc. 87). Having reviewed the application, Xeris E. Gregory's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **February 23, 2023**

UNITED STATES MAGISTRATE JUDGE