UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALLEN, | Case No. 1:20-cv-00530-JLT-CDB |
| Plaintiff, | ORDER GRANTING STIPULATION FOR MODIFYING SCHEDULING ORDER |
| v. | |
| PROTECTIVE LIFE INSURANCE COMPANY, *et al.* | (Doc. 90) |
| Defendants. | |

On April 13, 2020, Plaintiff Beverly Allen ("Plaintiff") filed a class action complaint against Defendants Protective Life Insurance Company and Empire General Life Insurance Company ("Defendants"). (Doc. 1). On October 2, 2020, the Court granted Defendants' motion to stay discovery in light of pending decisions before the California Supreme Court and the Ninth Circuit Court of Appeals. (Doc. 39). On November 23, 2021, the Court lifted the discovery stay and entered a scheduling order setting the current case management dates in this matter. (Doc. 56).

Pending before the Court is the parties' stipulation for order to modify the scheduling order. (Doc. 90). The parties request an extension to the current class certification briefing deadlines. *Id*. at 3.

///

Accordingly, in light of the parties' representations in their stipulation and for good cause appearing, it is HEREBY ORDERED:

1. Any motion for class certification or motion to deny class certification is extended from April 7, 2023, to be filed on or before August 7, 2023;
2. Opposition briefs shall be filed on or before Septenber 9, 2023;
3. Reply briefs shall be filed on or before October 11, 2023; and
4. The hearing on the motion for class certification shall be set for December 18, 2023 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **April 3, 2023**

UNITED STATES MAGISTRATE JUDGE