UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ALLEN, | Case No. 1:20-cv-00530-JLT-CDB |
| Plaintiff, | ORDER GRANTING APPLICATION OF KATHARINE A. WEBER TO PRACTICE *PRO HAC VICE* |
| v. | |
| PROTECTIVE LIFE INSURANCE COMPANY, *et al*. | (Doc. 95) |
| Defendants. | |

The Court has read and considered the application of Katharine A. Weber, attorney for Defendants Protective Life Insurance Company and Empire General Life Assurance Corporation, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Doc. 95). In light of the application and for good cause appearing, Katharine A. Weber's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **August 28, 2023**                              _____

UNITED STATES MAGISTRATE JUDGE